AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Southern |
|---|---|

| Name (under which you were convicted): James McCoy | Docket or Case No.: 1:23cv180HSO-MTP |
|---|---|

| Place of Confinement : SMCI-2, P.O. Box 1419 Leakesville, MS 39451 | Prisoner No.: 134112 |
|---|---|

| Petitioner (include the name under which you were convicted) JAMES MCCOY | Respondent (authorized person having custody of petitioner) v. BRAND HUFFMAN, SMCI SUPERINTENDANT |
|---|---|

The Attorney General of the State of: Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUL 27 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Circuit Court Union County, Mississippi
    114 Bankhead Street
    New Albany, MS 38652

    (b) Criminal docket or case number (if you know): UK-2006-171

2.  (a) Date of the judgment of conviction (if you know): December 1, 2011

    (b) Date of sentencing: December 1, 2011

3.  Length of sentence: Sixty (60) years

4.  In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Count-1, armed robbery, 30 years imprisonment and Count-2, armed robbery, 30 years imprisonment... Said sentences imposed to be served consecutive for a total of 60 years.

6.  (a) What was your plea? (Check one)

    ☑ (1)  Not guilty       ☐ (3)  Nolo contendere (no contest)

    ☐ (2)  Guilty           ☐ (4)  Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   *N/A*

_____ *N/A* _____

_____ *N/A* _____

_____ *N/A* _____

_____ *N/A* _____

_____ *N/A* _____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:    *Supreme Court/Court of Appeals of Mississippi*

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court:    *Supreme Court of Mississippi*

(2) Docket or case number (if you know):    *2017-M-01421*

(3) Result:    *Denied Petition for Writ of Certiorari*

_____

Page 3 of 16

AO 241 (Rev. 09/17)

(4) Date of result (if you know): *September 18, 2014*

(5) Citation to the case (if you know): *McCoy v. State, 147 So.2d 333 (2014)*

(6) Grounds raised:

_____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): *N/A*

(2) Result: *N/A*

*N/A*

(3) Date of result (if you know): *N/A*

(4) Citation to the case (if you know): *N/A*

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: *Supreme Court of Mississippi*

(2) Docket or case number (if you know): *2017-M-01421*

(3) Date of filing (if you know):

(4) Nature of the proceeding: *Application for leave to file PCR motion*

(5) Grounds raised: *(1) McCoy's conviction and sentence derived from judicial misconduct; (2) McCoy's conviction and sentence derived from prosecutorial misconduct; (3) overwhelming weight of evidence insufficient to support verdict; (4) Improper in-court identification; (5) Improper jury instructions; and (6) Illegally imposed sentence.*

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: *Application for Leave denied*

AO 241 (Rev. 09/17)

(8) Date of result (if you know): *February 24, 2023*

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: *N/A*

(2) Docket or case number (if you know): *N/A*

(3) Date of filing (if you know): *N/A*

(4) Nature of the proceeding: *N/A*

(5) Grounds raised: *N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: *N/A*

(8) Date of result (if you know): *N/A*

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: *N/A*

(2) Docket or case number (if you know): *N/A*

(3) Date of filing (if you know): *N/A*

(4) Nature of the proceeding: *N/A*

(5) Grounds raised: *N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

AO 241 (Rev. 09/17)

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes   ☑ No

      (7) Result: _____ N/A _____

      (8) Date of result (if you know): _____ N/A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

      (1) First petition:   ☐ Yes   ☑ No

      (2) Second petition:  ☐ Yes   ☐ No

      (3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Application for Leave filed in and denied by highest State Court.

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

      **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** McCoy's Conviction and Sentence derived from judicial misconduct.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Trial Court committed multiple errors -- depriving McCoy of a fair Trial. In regards to errors of the Trial Court -- it is a general rule-of-thumb that, an abuse of discretion will be found -- if after carefully evaluating all relevant factors, it is concluded that the error(s) was arbitrary or unreasonable.

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

N/A

N/A

N/A

N/A

N/A

N/A

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Issues raised on direct appeal was choice of appointed appellate counsel (retained). McCoy appearing pro se herein.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Application for Leave To File PCR motion

Name and location of the court where the motion or petition was filed: Supreme Court of Mississippi

Docket or case number (if you know): 2017-M-01421

Date of the court's decision: February 24, 2023

Result (attach a copy of the court's opinion or order, if available): Application for Leave To file post-conviction collateral relief motion was denied

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

N/A

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

N/A

N/A

N/A

AO 241 (Rev. 09/17)

Case 1:23-cv-00180-HSO-MTP    Document 1    Filed 07/27/23    Page 7 of 17

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _None_

**GROUND TWO:** McCoy's conviction and sentence derived from prosecutorial misconduct.

**(a) Supporting facts** (Do not argue or cite law. Just state the specific facts that support your claim.):

The Prosecutor used impermissible methods to obtain unlawful conviction. The Prosecutor's duty in a criminal prosecution is to seek justice. Therefore, the Prosecutor should prosecute with earnestness and vigor--but may not use improper methods calculated to produce a wrongful conviction.

**(b) If you did not exhaust your state remedies on Ground Two, explain why:** N/A N/A N/A N/A

**(c) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Same as denoted in GROUND ONE: (c)(2) infra.

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Same as denoted in GROUND ONE: (d)(2) infra.

Name and location of the court where the motion or petition was filed: Same as denoted in GROUND ONE: (d)(2) infra

Docket or case number (if you know): Same as in GROUND one: (d)(2) infra.

Page 8 of 16

AO 241 (Rev. 09/17)

Date of the court's decision: *Same as denoTed in GrounD ONE: (d)(2) infra*

Result (attach a copy of the court's opinion or order, if available): *Same as denoTed in GROUND ONE: (d)(2) infra*

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

*N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

*N/A*

*N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

*N/A*

*N/A*

*N/A*

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : *None*

**GROUND THREE:** *The overwhelming weight of The evidence was insufficienT To SupporT The verdicT.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*OTher than Co-defendanT's accusaTions, no other evidence existed againsT McCoy. For insTance, records shows ThaT McCoy did Know victim(s); place of residence; or financial sTaTus To plan and/or parTicipaTe in This alleged crime.*

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _N/A_

_N/A_

_N/A_

_N/A_

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _Same as denoTed in_ GROUND ONE: (c)(2) infra.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Same as denoTed in GROUND ONE: (d)(2) infra._

Name and location of the court where the motion or petition was filed: _Same as denoTed in_ Ground ONE: (d)(2) Supra

Docket or case number (if you know): _Same as denoTed in Ground one: (d)(2) infra_

Date of the court's decision: _Same as denoTed in GROUND one: (d)(2) infra_

Result (attach a copy of the court's opinion or order, if available): _Same as denoTed in_ GROUND ONE: (d)(2) infra.

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

_N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

_N/A_

_N/A_

_N/A_

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

N/A

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _No ne_

**GROUND FOUR:** McCoy's Conviction and Sentence derived from an improper in-court identification.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The record is undisputedly clear that the victims could not identify either prep at the time of the crime or immediately thereafter. Allowing the in-court identification without setting a precedent, denied McCoy due process of law.

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

N/A

N/A

N/A

N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

Same as denoted in Ground ONE: (c)(2) infra.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Same as denoted in GROUND ONE: (d)(2) infra.

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: *Same as denoted in GROUND ONE: (d)(2) infra.*

Docket or case number (if you know): *Same as denoted in GROUND ONE: (d)(2) infra*

Date of the court's decision: *Same as denoted in Ground one: (d)(2) infra.*

Result (attach a copy of the court's opinion or order, if available): *Same as denoted in GROUND ONE (d)(2) infra*

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

*N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

*N/A*

*N/A*

*N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *None*

Page 12 of 16

GROUND FIVE:   McCoy's Conviction and sentence derived from improper jury instructions.

(a)   AT the conclusion of the Trial, and prior to the jury's verdict-- The jury provided the Court with two (2) separate notes of inquiry. In responding thereto, The Trial Court provided The jury with an erroneous response-- depriving McCoy of due process of law.

(b)  N/A

(c)(1)  No

(c)(2)  same as denoted in GROUND ONE: (4)(2) infra.

(d)(1)  yes

(d)(2)  same as denoted in GROUND ONE: (d)(2) infra.

(3)  NO

(4)  N/A

(5)  N/A

(6)  no

(7)  N/A

(e)  NONE


GROUND SIX:   McCoy's sentence is illegally imposed as a matter of law and/or in The interest of justice.

(a)   McCoy is a first time felony (any degree) offender. McCoy has never previously convicted (non even ever charged with a criminal offense). For This

first-time offender -- the Trial judge erroneously
Sentenced McCoy To sixty (60) years imprisonment,
said sentence in violation of the Eighth Amendment.

(b)  N/A

(c)(1)  no

(c)(2)  same as denoted in GROUND ONE, (c)(2) infra.

(d)(1)  yes

(d)(2)  same as denoted in GROUND ONE, (d)(2) infra

(3)  NO

(4)  N/A

(5)  N/A

(6)  NO

(7)  N/A

(e)  NONE

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____N/A_____

        _____N/A_____

        _____N/A_____

        _____N/A_____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____None_____

        _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____N/A_____

    _____N/A_____

    _____N/A_____

    _____N/A_____

    _____N/A_____

    _____N/A_____

    _____N/A_____

    _____N/A_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____N/A_____

    _____N/A_____

    _____N/A_____

    _____N/A_____

    _____N/A_____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the
       judgment you are challenging:

       (a) At preliminary hearing: _____

       _____

       (b) At arraignment and plea: _____

       _____

       (c) At trial: _____

       _____

       (d) At sentencing: _____

       _____

       (e) On appeal: _____

       _____

       (f) In any post-conviction proceeding: Pro Se _____

       _____

       (g) On appeal from any ruling against you in a post-conviction proceeding: Pro Se _____

       _____

       _____

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are
       challenging?          ☐ Yes   ☑ No

       (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
       _____ N/A _____
       _____ N/A _____

       (b) Give the date the other sentence was imposed: _____ N/A _____

       (c) Give the length of the other sentence: _____ N/A _____

       (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
       future?          ☐ Yes   ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
       why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

       IT has noT been in excess of one year since my
       ConvicTion and SenTence become final -- This daTe of
       finaliTy being February 24, 2023.

       _____

       _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Vacation of conviction; set aside sentence; and dismiss indictment with prejudice or in The alTernative, remand for new Trial with instructions

or any other relief to which petitioner may be entitled.

_N/A_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on    07/20/23    (date).

_James McCoy_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_N/A_____

_N/A_____

_N/A_____

_N/A_____